AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Pryor, Jr., William H. | **2. Court or Organization**<br><br>United States Court of Appeals | **3. Date of Report**<br><br>05/07/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>1729 Fifth Avenue North<br>Suite 900<br>Birmingham, AL 35203 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | Adjunct Professor | Cumberland School of Law, Samford University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | University of Alabama School of Law | $17,500.00 |
| 2. | 2014 | Cumberland School of Law, Samford University | $7,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | SELF-EMPLOYED ACCOUNTANT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | March 7-8, 2014 | Gainesville, FL | Panel Moderator, National Student Symposium | Transportation, Lodging, and Meals |
| 2. | Federalist Society | April 3, 2014 | New Orleans, LA | Deliver Lecture at Tulane Law School | Transportation, Lodging, and Meals |
| 3. | Federalist Society | April 4, 2014 | New Orleans, LA | Deliver Lecture at New Orleans Lawyers Chapter | Transportation, Lodging, and Meals |
| 4. | Witherspoon Institute | August 6-7, 2014 | Princeton, NJ | Seminar Presentation at Witherspoon Institute | Transportation, Lodging, and Meals |
| 5. | Case Western Reserve University | October 2-3, 2014 | Cleveland, OH | Deliver Sumner Canary Lecture | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/07/2015 |

| # | | | | | |
|---|---|---|---|---|---|
| 6. | The University of Tennessee College of Law | October 24-25, 2014 | Knoxville, TN | Judge, Moot Court Competition Final | Transportation, Lodging, and Entertainment |
| 7. | The Federalist Society | November 12-14, 2014 | Washington, DC | Panel Moderator, National Lawyers Convention | Transportation, Lodging, and Entertainment |
| 8. | University of Alabama | August 18 - November 24, 2014 | Tuscaloosa, AL | Teaching, Federal Jurisdiction | Transportation |
| 9. | Yale Law School | December 8-9, 2014 | Hartford, CT | Judge, Tyler Moot Court Final | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Former Law Clerks (10 year reunion) | Bust of Alexander Hamilton for Judicial Chambers | $2,867.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - VULCAN VALUE PARTNERS SMALL CAP | A | Dividend | | | Sold | 05/09/14 | K | D | |
| 3. - FIDELITY SELECT CHEMICALS | A | Dividend | | | Buy | 05/12/14 | K | | |
| 4. | | | | | Sold | 12/02/14 | K | A | |
| 5. - FIDELITY MID CAP VALUE | | None | K | T | Buy | 12/31/14 | K | | |
| 6. IRA #2 (H) | | | | | | | | | |
| 7. - FIDELITY SELECT MEDICAL DELIVERY | B | Dividend | K | T | | | | | |
| 8. - FIDELITY SMALL CAP DISCOVERY FUND | D | Dividend | L | T | | | | | |
| 9. - FIDELITY SELECT BIOTECHNOLOGY | D | Dividend | L | T | | | | | |
| 10. - FIDELITY BLUE CHIP GROWTH | C | Dividend | K | T | | | | | |
| 11. IRA #3 (H) | | | | | | | | | |
| 12. - FIDELITY SELECT SOFTWARE & COMPUTER | B | Dividend | | | Sold | 07/14/14 | L | D | |
| 13. - FIDELITY REAL ESTATE INVESTMENT | A | Dividend | L | T | Buy | 07/14/14 | L | | |
| 14. IRA #4 (H) | | | | | | | | | |
| 15. - FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | L | T | | | | | |
| 16. - FIDELITY SELECT MULTIMEDIA | B | Dividend | | | Sold | 11/24/14 | L | E | |
| 17. - FIDELITY SELECT HEALTH CARE | D | Dividend | L | T | Buy | 11/24/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FIDELITY SELECT BIOTECHNOLOGY | C | Dividend | K | T | | | | | |
| 19. - FIDELITY SELECT IT SERVICES PORTFOLIO | A | Dividend | | | Sold | 06/09/14 | L | D | |
| 20. - FIDELITY SELECT PHARMACEUTICAL | C | Dividend | L | T | Buy | 06/09/14 | L | | |
| 21. - GLENMEDE SMALL CAP EQUITY - ADVISOR CL | | None | | | Sold | 07/15/14 | K | D | |
| 22. - FIDELITY REAL ESTATE | A | Dividend | L | T | Buy | 07/16/14 | K | | |
| 23. IRA #7 (H) | | | | | | | | | |
| 24. - FIDELITY SELECT RETAILING | A | Dividend | | | Sold | 06/09/14 | K | D | |
| 25. - FIDELITY SELECT AIR TRANSPORT | | None | | | Buy | 06/09/14 | K | | |
| 26. | | | | | Sold | 08/04/14 | K | A | |
| 27. - FIDELITY SELECT BIOTECHNOLOGY | C | Dividend | K | T | | | | | |
| 28. - FIDELITY OTC PORTFOLIO | | None | K | T | Buy | 12/31/14 | K | | |
| 29. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 30. - FIDELITY SELECT BIOTECHNOLOGY | C | Dividend | K | T | | | | | |
| 31. - FIDELITY SELECT PHARMACEUTICAL | B | Dividend | K | T | | | | | |
| 32. - FIDELITY SMALL CAP VALUE | | None | | | Sold | 07/15/14 | K | B | |
| 33. - PIMCO REAL ESTATE REAL RETURN STRAT D | A | Dividend | | | Buy | 07/16/14 | K | | |
| 34. | | | | | Sold | 09/26/14 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FIDELITY SELECT TRANSPORT | A | Dividend | K | T | Buy | 11/25/14 | K | | |
| 36. WARREN AVERETT, LLC PROFIT SHARING PLAN | D | Dividend | N | T | | | | | |
| 37. BBVA COMPASS BANK - A/C #1 | A | Interest | M | T | | | | | |
| 38. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544